395 A.2d 976

Commonwealth v. Wilson, Appellant.

Argued September 14, 1978. Terry W. Clemons, Assistant Public Defender, for appellant; Kenneth G. Biehn, District Attorney, submitted a brief for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.

395 A.2d 976

Commonwealth ex rel. Cole, Appellant, v. Cole.

Argued September 13, 1978. Robert J. Leitzell, with him Joseph P. Mylotte, for appellant; Paul D. Nelson, submitted a brief for appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.